## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 04-cv-2641-REB-OES

CHRISTINE FUTCH,

    Plaintiff,

v.

PARSONS, BRINCKERHOFF, QUADE & DOUGLAS, INC., a New York corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Joint Stipulation for Dismissal With Prejudice** [#20], on August 1, 2005.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and this action be dismissed with prejudice.

**THEREFORE IT IS ORDERED** as follows:

1.  That the **Joint Stipulation for Dismissal With Prejudice** [#20], filed on August 1, 2005, is **APPROVED**;

2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their own attorney fees and costs; and

3. That the trial preparation conference set for September 22, 2006, and the jury trial set to commence October 9, 2006, are **VACATED**.

Dated this 1st day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge